GAS 245D    (Rev. 04/23) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
### Southern District of Georgia
### Savannah Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**v.**<br>Jeremy Nicholas McLloyd | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release) |

Case Number:     4:17CR00107-1

USM Number:     22063-021

William Joseph Turner
Defendant's Attorney

## THE DEFENDANT:

☒ admitted guilt to violation of standard and special conditions of the term of supervision.

☒ was found in violation of a mandatory condition in Violation Number 4 after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | You associated with a person convicted of a felony and was not granted permission to do so by the probation officer (standard condition). | May 24, 2022 |
| 2 | You failed to notify the probation officer ten days prior to a change in residence (standard condition). | January 6, 2023 |

***See Page 2 for Additional Violations.***

The defendant is sentenced as provided in page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the condition(s), _____ , and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec No.: 8148

April 25, 2023
Date of Imposition of Judgment

Defendant's Year of Birth: 1991

Signature of Judge

City and State of Defendant's Residence:

Savannah, Georgia

William T. Moore, Jr.
Judge, U.S. District Court
Name and Title of Judge

APRIL 27, 2023

Date

DEFENDANT:             Jeremy Nicholas McLloyd
CASE NUMBER:         4:17CR00107-1

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | You failed to perform community service (special condition). | February 1, 2023 |
| 4 | You committed another federal, state, or local crime (mandatory condition). | January 21, 2023 |
| 5 | You failed to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer (standard condition). | January 30, 2023 |

DEFENDANT:        Jeremy Nicholas McLloyd
CASE NUMBER:      4:17CR00107-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>21 months.</u>

☒    The Court makes the following recommendations to the Bureau of Prisons:
       The Court recommends the defendant be given credit for all time served since February 8, 2023.

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____ ☐ a.m. ☐ p.m.    on _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL